IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00027-MP-AK

CEDRIC TERAN THOMAS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 91, Motion to Continue Sentencing, filed by Defendant Thomas. Defendant requests a continuance of his sentencing hearing, currently scheduled for December 20, 2006, at 10:00 a.m. After considering the matter, the motion is granted. Accordingly, the sentencing hearing of Defendant Thomas is hereby rescheduled for Thursday, January 18, 2006, at 10:00 am.

**DONE AND ORDERED** this  *16th* day of November, 2006

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge